RK

17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BARBEE, | CIVIL ACTION |
| Plaintiff, | |
| v. | NO. 04-4063 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | |
| Defendant. | |

FILED
OCT 21 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 21st day of October, 2005, at the request of plaintiff's counsel (due to a funeral) and without objection from defendant's counsel, it is ORDERED that the deposition of Plaintiff Anthony Barbee shall occur on Monday, October 24, 2005 beginning at 10:00 A.M. and will continue without interruption until completed. The ORDER issued October 12, 2005 remains in effect. Defendant shall suffer no prejudice by its agreement to this new date.

BY THE COURT:

Robert F. Kelly

mailed
10-21-05
DeFalco
Banks
Dugan
Farber