IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BARBEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 04-4063 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 3rd day of January, 2006, upon consideration of Defendant's Motion for Discovery Relief (Doc. No. 22), and Plaintiff's Response thereto, it is hereby

**ORDERED** that Plaintiff must provide the following:

1. a list documenting (a) each and every automobile accident (or other injury causing event) in which Plaintiff was involved in the past twenty years; (b) whether the automobile accident (or other injury causing event) resulted in litigation; (c) if litigation ensued, the docket number or court term and number under which the ligation was filed; (d) the results of the litigation (e.g., settlement or jury verdict); (e) the recovery (if any) made by Plaintiff; the Court term and number of any litigation (i.e., non-tort litigation) in which the Plaintiff was involved in the past twenty years (including litigation against SEPTA); (f) the results of the litigation (e.g., settlement or jury verdict); (g) the recovery (if any) made by the Plaintiff; and (h) all discoverable documents for these lawsuits, including the complaint filed in each lawsuit; and

2. the complete factual basis for each allegation that a person was improperly given an alternate duty position ahead of the Plaintiff.[1]

---

[1] Defendant also requested all documents and information respecting Plaintiff's association with DHL. (Def.'s Mot. Disc. Relief, ¶ 2). Plaintiff's Response to the request states that "[t]he Plaintiff has never to his knowledge been associated with DHL." (Pl.'s Answer Def.'s Mot. Discv. Relief, ¶ 2).

**IT IS FURTHER ORDERED** that Plaintiff shall provide the aforementioned documentation to Defendant on or before <u>Friday, January 13, 2006</u>. Any delay or non-compliance with this Order will result in sanctions and/or the dismissal of this action.

**BY THE COURT:**

s/ Robert F. Kelly
**Robert F. Kelly,                    Sr. J.**