IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BARBEE, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 04-4063 |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 13th day of February, 2006, upon consideration of Defendant's "Motion for Sanctions Against the Plaintiff, Anthony Barbee, for his Failure to Pay Sanctions Previously Ordered by the Court" (Doc. No. 25), and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

/s/
**Robert F. Kelly,             Sr. J.**