IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BARBEE | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : : | NO. 04-4063 |

**O R D E R**

**AND NOW**, this 15th day of February, 2006, it is hereby **ORDERED** that all dispositive motions are to be filed by March 1, 2006.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE