

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY BARBEE | : CIVIL ACTION |
| vs. | : |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : NO. 04-4063 |

**FILED**
OCT 31 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## **V E R D I C T**

We the jury in the above-captioned case make the following findings:

1. Do you find that Plaintiff Anthony Barbee has proven, by a preponderance of the evidence, that Linda Yoxtheimer asked Mr. Barbee whether he was part of the MOVE organization and told him that his dreadlocked hairstyle was unacceptable?

    Yes _____        No __X__

Proceed to question #2.

2. Do you find that Plaintiff Anthony Barbee has proven, by a preponderance of the evidence, that race was a motivating factor in Plaintiff not being placed in an Alternate Duty Position with SEPTA?

    Yes _____        No __X__

If your answer to question #2 is YES continue to question #3. If your answer to question #2 is NO, you should not answer anymore questions. You should contact the Courtroom Deputy and return to the Courtroom.

3. Do you find that Defendant SEPTA has proved, by a preponderance of the evidence, that it could not have placed Plaintiff Anthony Barbee in an Alternate Duty Position even if it had not considered his race:

Yes _____          No _____

If your answer to question #3 is YES, Plaintiff cannot recover damages, you should not answer anymore questions. You should contact the Courtroom Deputy that you have reached a verdict and return to the Courtroom. If your answer to question #3 is NO, continue to question #4.

4. What damages do you find Plaintiff Anthony Barbee has suffered as a result of Defendant SEPTA's conduct?

_____

_____
Foreperson

Date: 10-31-06