IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY BARBEE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA) | : | NO. 04-4063 |

O R D E R

Before the Honorable Robert F. Kelly

FILED
OCT 3 1 2006
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

AND NOW, this 31st day of October, 2006, in accordance with the verdict of the jury rendered on this day,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the defendant and against the plaintiff.

It is further ORDERED that the Court having ruled upon all pertinent pending motions during the course of the trial, all outstanding motions are DENIED as MOOT.

BY THE COURT
ATTEST: Thomas Garrity
Thomas Garrity
Deputy Clerk

Mailed
11-1-06
Farber
Defalco
Banks
Dugan
Angeline

Civ 1 (8/80)

DOCKET TO STATS